HAUSFELD LLP
Bruce J. Wecker (SBN 078530)
bwecker@hausfeldllp.com
44 Montgomery Street, Ste. 3400
San Francisco, CA 94101
Tel: (415) 633-1908
Fax: (415) 358-4980

*Attorney for Plaintiff Premier Floor Care, Inc.*

RILEY SAFER HOLMES & CANCILA LLP
Kathleen A. Stimeling (SBN No. 209226)
kstimeling@rshc-law.com
E. Ashley Paynter (SBN No. 333428)
apaynter@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA  94104
Telephone:     (415) 275-8550
Facsimile:      (415) 275-8551

*Attorneys for Defendants ALBERTSONS COMPANIES INC and SAFEWAY INC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERRN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER FLOOR CARE, INC., <br><br> Plaintiff, <br> v. <br> ALBERTSONS COMPANIES, INC., et al. <br> Defendants. | Case No. 21-cv-04188-EMC <br><br> **JOINT STATUS REPORT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**JOINT STATUS REPORT**

The parties to the above-entitled action jointly submit this joint status report.

**1.      ADR**

At the parties' Case Management Conference on January 9, 2024, the Court requested the parties inform the Court regarding their preferences for further ADR efforts.  The parties are in the process of conferring regarding ADR and expect to inform the Court of their positions no later than January 26, 2024.

**2.      Amended Complaint**

Plaintiff anticipates amending its Complaint to eliminate its fraud claim. The parties are in the process of meeting and conferring regarding the amendment and anticipate concluding their meet and confer effort regarding the proposed amendment by January 26, 2024.

Dated: January 16, 2024                                                  Respectfully submitted,

                                                                                        Riley Safer Holmes & Cancila LLP

                                                                                         */s/ E. Ashley Paynter*
                                                                                        E. Ashley Paynter
                                                                                        Attorneys for Defendants
                                                                                        ALBERTSONS COMPANIES, INC. and SAFEWAY, INC.

                                                                                        Hausfeld LLP

                                                                                        /s/ Bruce Wecker
                                                                                         Bruce Wecker
                                                                                        Attorney for Plaintiff
                                                                                        Premier Floor Care, Inc.

Local Rule 5-1(i) Attestation: I, E. Ashley Paynter, a member of this bar, attest under the penalties of perjury that Bruce Wecker of Hausfeld LLP concurs in the filing of this document.