UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PREMIER FLOOR CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALBERTSONS COMPANIES, INC., et al., <br><br> Defendants. | Case No.  21-cv-04188-EMC (RMI) <br><br> **ORDER RE: DISCOVERY DISPUTE** <br><br> Re: Dkt. No. 57 |

Now pending before the court is the Parties' jointly-filed discovery dispute letter brief (dkt. 57), which came on for oral argument on February 15, 2024 (dkt. 60). As stated on the record, Plaintiff failed to "detail the basis for [its] contention that it is entitled to the requested discovery and show how the proportionality and other requirements of Fed. R. Civ. P. 26(b)(2) are satisfied." *See Lofton v. Verizon Wireless (VAW) LLC*, 308 F.R.D. 276, 280-81 (N.D. Cal. 2018). In essence, Plaintiff simply asserted that it has served discovery responses, that it was dissatisfied, and that it wants an order compelling further responses. *See* Ltr. Br. (dkt. 57) at 3. As the court explained on the record, Plaintiff failed to bear its burden of showing *why* the discovery it seeks is relevant to any claim or defense underlying this litigation, and *why* Defendant's responses were inadequate or why Defendant's objections were unjustified. Hence, Plaintiff's motion to compel is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 22, 2024

ROBERT M. ILLMAN
United States Magistrate Judge